G. DALLAS HORTON & ASSOCIATES
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 South Eastern Avenue
Las Vegas, NV 89119
(702) 380-3100
Attorneys for Plaintiff

OLSON, CANNON, GORMLEY
& DESRUISSEAUX
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 1611
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| CODY SMITH, a minor, by and through his Natural Parent and Guardian KATHRYN SMITH,<br><br>Plaintiff<br><br>vs.<br><br>PROGRESSIVE SPECIALTY INSURANCE COMPANY, a corporation; and DOES I through X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | CASE NO:   2:08-cv-0379<br><br>**ORDER RE: EXPARTE MOTION TO RELEASE FUNDS IN BLOCKED TRUST ACCOUNT** |

This matter having been presented in Room 3005, Honorable ROBERT J. JOHNSTON, Magistrate presiding, no parties present on Plaintiff's Ex Parte Motion to Release Funds in Blocked Trust Account No. XXXXXXXXXXX7991 to CODY SMITH now eighteen years of age.

1  The Court having read all the pleadings and papers, and GOOD CAUSE APPEARING
2  THEREFORE,
3  IT IS HEREBY ORDERED, that Plaintiff's Ex Parte Motion to Release Funds in Blocked
4  Trust Account is GRANTED, and
5  IT IS HEREBY ORDERED, that Bank of America shall release funds in account
6  XXXXXXXXXXX7991 to CODY SMITH.
7  DATED this 20th day of October, 2011.

*R. James*
US DISTRICT COURT JUDGE