```
 1  G. DALLAS HORTON & ASSOCIATES
    G. DALLAS HORTON, ESQ.
 2  Nevada Bar No. 5996
 3  DAVID L. THOMAS, ESQ.
    Nevada Bar No. 3172
 4  CHRISTIAN Z. SMITH, ESQ.
    Nevada Bar No. 8266
 5  4435 South Eastern Avenue
 6  Las Vegas, NV 89119
    (702) 380-3100
 7  Attorneys for Plaintiff

 8
    OLSON, CANNON, GORMLEY
 9  & DESRUISSEAUX
    JOHN E. GORMLEY, ESQ.
10  Nevada Bar No. 1611
    9950 West Cheyenne Avenue
11  Las Vegas, NV  89129
12  (702) 384-4012
    Attorneys for Plaintiff
13
```

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CODY SMITH, a minor, by and through his Natural Parent and Guardian KATHRYN SMITH,<br><br>Plaintiff<br><br>vs.<br><br>PROGRESSIVE SPECIALTY INSURANCE COMPANY, a corporation; and DOES I through X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | CASE NO:   2:08-cv-0379<br><br>**ORDER RE: EXPARTE MOTION TO RELEASE FUNDS IN BLOCKED TRUST ACCOUNT** |

This matter having been presented in Room 3005, Honorable ROBERT J. JOHNSTON, Magistrate presiding, no parties present on Plaintiff's Ex Parte Motion to Release Funds in Blocked Trust Account No. XXXXXXXXXXX7991 to CODY SMITH now eighteen years of age.

1     The Court having read all the pleadings and papers, and GOOD CAUSE APPEARING THEREFORE,

    IT IS HEREBY ORDERED, that Plaintiff's Ex Parte Motion to Release Funds in Blocked Trust Account is GRANTED, and

    IT IS HEREBY ORDERED, that Bank of America shall release funds in account XXXXXXXXXXX7991 to CODY SMITH.

    DATED this 27th day of October, 2011.

_____
US DISTRICT COURT JUDGE

Submitted by:

G. DALLAS HORTON & ASSOCIATES

_____
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
4435 S. Eastern Avenue
Las Vegas, Nevada 89119
Attorneys for Plaintiff